I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6.27.13

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 27 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MELVIN LEHTO,<br><br>    Petitioner,<br><br>vs.<br><br>CONNIE GIPSON, Warden,<br><br>    Respondent. | Case No. CV 13-1654-VBF (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Memorandum Opinion and Order Denying Petition and Dismissing Action With Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 27, 2013

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 27 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY